

FILED

6/9/2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

*LAMONT ARMSTRONG*

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

*Thomas J. Dart*

*John Doe(s)*

*Jane Doe(s)*

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**RECEIVED**

**MAR 1 4 2016** ᴱᴬᶜ

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No:_____
(To be supplied by the <u>Clerk of this Court</u>)

16-cv-3327
Judge Milton I. Shadur
Magistrate Judge Jeffrey Cole
PC7

**CHECK ONE ONLY:**

✓

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____

**COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____

**OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.     Plaintiff(s):**

A.     Name: _Thomas J. Aart Lamont Armstrong_

B.     List all aliases: _N/A_

C.     Prisoner identification number: _M30464_

D.     Place of present confinement: _Big Muddy River C.C._

E.     Address: _251 N. Illinois Hwy 37, INA, IL 62846_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.    Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.     Defendant: _Thomas J. Dart_

Title: _Sheriff of Cook County Illinois_

Place of Employment: _Cook County Sheriff's Department_

B.     Defendant: _John / Jane Doe(s)_

Title: _Plumbing (Maintenance Dept)_

Place of Employment: _Cook County Jail_

C.     Defendant: _John / Jane Doe(s)_

Title: _Facilities Management_

Place of Employment: _Cook County Jail_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _____ N/A _____

B. Approximate date of filing lawsuit: _____ N/A _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
   _____ N/A _____

D. List all defendants: _____
   _____ N/A _____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____ N/A _____

F. Name of judge to whom case was assigned: _____ N/A _____

G. Basic claim made: _____ N/A _____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____ N/A _____

I. Approximate date of disposition: _____ N/A _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(Count 1) From the date of May 8th, 2015 until the date of 28th, 2015, Plaintiff was without functioning toilet/ commode facilities in his cell. (20 days locked in a cell sometimes up to 23 hours a day w/out proper plumbing) Plaintiff was forced to live in unconstitutional conditions (violating the 8th Amend of the U.S. Constitution "protection from cruel & unusual punishment" along w/ local jail/prison regulatory codes.) Plaintiff had to endure painful holding of his bowel movement or on occasion the feeling was too uncomfortable he would (urinate/defecate) in which would stay & build up in the "broken" toilet for the duration of incident above. (see attached exhibits ((a),(b)(d) (e) [grievances].

(Count 2) For the duration of Plaintiffs stay in Division 9, the cell ceiling leaked, creating mold (causing for unsanitary living conditions) violating the 8th Amend of the U.S. Constitution. Further, the leaking roof was causing

4

DAMAGE TO PLAINTIFF'S PERSONAL PROPERTY. (SEE EXHIBIT): (C), (F-J)
ALSO SEE ATTACHED ILLEGABLE GRIEVANCE (EXHIBIT (K)).

Count 3) PLAINTIFF HOLD THAT COUNT 2 CAME
ABOUT DUE TO RETALITORY ACTIONS BY STAFF FOR
GRIEVANCE WRITTEN ON COUNT 2

FURTHER, PLAINTIFF IN GOOD FAITH SOUGHT TO
REMEDY THE ISSUE @ LOCAL LEVEL TO NO AVAIL. AS
A RESULT OF THE ABOVE, PLAINTIFF HAS LOST PROPERTY
& HAS A FEAR THAT THE STATE MAY ONCE AGAIN LEAVE HIM
IN AN UNSANITARY POSITION & THIS HINDERS HIS DAY
TO DAY FUNCTION (ONCE LOCKED IN CELL).
EPA COMPLAINT

## V.  Relief:

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

① Compansatory Monetary Relief For Loss of Property & Funds Due to This Cause. ② Punitive Damages ③ Nominal Damages (Where Applicable), & ④ Damages For Pain & Suffering.

End Relief

## VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES  ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20_____

_Lamont Armstrong_
(Signature of plaintiff or plaintiffs)

LAmont Armstrong
(Print name)

M30464
(I.D. Number)

251 N. ILLINOIS Hwy 37
INA, IL. 62846
(Address)

6

Revised 9/2007

ATTACHED EXHIBITS

(a) GRIEVANCE [DATED 6-2-15] (1pg)

(b) GRIEVANCE [DATED 6-3-15] (1pg)

(c) GRIEVANCE [DATED 6-15-15] (1pg)

(d) GRIEVANCE [DATED 6-16-15] (1pg)

(e) GRIEVANCE [DATED 6-18-15] (1pg)

(f) GRIEVANCE [DATED 6-20-15] (1pg)

(g) GRIEVANCE [DATED 6-21-15] (1pg)

(h) GRIEVANCE [DATED 7-18-15] (1pg)

(i) GRIEVANCE [DATED 7-19-15] (1pg)

(j) GRIEVANCE [DATED 7-24-15] (1pg)

(K) MISC. GRIEV. THAT IS ILLEGABLE DUE TO BAD COPY
   BY SHERIFF'S OFFICE. (2pgs)

(l) WORK ORDER [DATED 6-23-15] (1pg)

## COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

Inmate #: 0567533

CODE: 170

☐ GRIEVANCE  ☑ NON-GRIEVANCE (REQUEST)

CONTROL #

**!This section is to be completed by Program Services Staff - ONLY!** *(! Para ser llenado solo por el personal de Program Services !)*

GRIEVANCE FORM PROCESSED AS:

☐ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☑ NON-GRIEVANCE (REQUEST)

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

REFERRED TO:

☐ CERMAK HEALTH SERVICES

☑ SUPERINTENDENT: 09-Supt

☐ OTHER:

N/A

### INMATE INFORMATION (Información del Preso)

| PRINT - INMATE LAST NAME (Apellido del Preso): | PRINT - FIRST NAME (Primer Nombre): | ID Number (# de Identificación): |
|---|---|---|
| Armstrong | LAmont | 20140527267 |
| DIVISION (División): 9 | LIVING UNIT (Unidad): 3-D | DATE (Fecha): 05 / 02 / 15 |

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT (Breve Resumen de los Hechos del Preso):

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request / Response / Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the request is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los preso, no podrán ser cuestionadas o apeladas a través del uso del Formulario de Quejas / Respuesta / Forma de Apelación.
* Cuando una queja se procesa como una QUEJAS NO (PETICIÓN), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control",
ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE:  Date of Incident -  Time of Incident -  Specific Location of Incident
(Por Favor, Incluya:  Fecha Del Incidente -  Hora Del Incidente -  Lugar Específico Del Incidente)

I made a Complant about toilet not working. The plumber didn't come until twenty day later. the complant was made on may 8, 2015. The plumber came MAY 28, 2015. After I told officers had to wait til come out cell to use bathroom In dayroom and most of the days my Living unit Division 9 3-D been on 23 and 1 one hour out the cell twenty-three in the cell or lockdown so something force use it.

ACTION THAT YOU ARE REQUESTING (Acción que esta solicitando):

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
(Nombre del personal o presos que tengan información):

INMATE SIGNATURE (Firma del Preso): *Lomart armstrong*

SUPERINTENDENTS / DIRECTORS / DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE'S GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECEIVED: |
|---|---|---|
| CRW davis | | 6 / 3 / 15 |
| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: / / |

FCN-47 (Rev. 09/14)

WHITE COPY - PROGRAM SERVICES    YELLOW COPY - CRW / PLATOON COUNSELOR    PINK COPY - INMATE

# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
(Petición de Queja del Preso / Respuesta / Forma de Apelación)

☐ GRIEVANCE  ☑ NON-GRIEVANCE (REQUEST)

CONTROL #
N/A

### INMATE INFORMATION (Información del Preso)

INMATE LAST NAME (Apellido del Preso): Armstrong

INMATE FIRST NAME (Primer Nombre): Lamont

ID Number (# de identificación): 2014-0287267

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:
770 - living conditions

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / /REQUEST TO (Example: Superintendent, Cermak Health services, Personnel):

RESPONSE BY PERSONNEL HANDLING REFERRAL:
The plumber did repair toilet. FM will adhere to living conditions asap

DATE REFERRED: 6/3/15

PERSONNEL RESPONDING TO GRIEVANCE (Print): [illegible] 132

SIGNATURE: [signature] ?2

DIV. / DEPT.: 9

DATE: 6 / 24 / 15

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):

SIGNATURE:

DIV. / DEPT.:

DATE: / /

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):

☐ GRIEVANCE SUBJECT CODE:

☐ NON-GRIEVANCE SUBJECT CODE:

INMATE SIGNATURE (Firma del Preso): Lamont Armstrong

DATE RESPONSE WAS RECEIVED:
(Fecha en que la respuesta fue recibida): 9 / 2 / 15

### INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud de la apelacion del detenido): / /

INMATE'S BASIS FOR AN APPEAL (Base del detenido para una apelacion):

### ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
¿ Apelación del detenido aceptada por el administrador o/su designado(a)?

Yes (Sí) ☐  No ☐

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION (Decision o recomendacion por parte del administrador o / su designado(a)):

ADMINISTRATOR / DESIGNEE (Administrador o / su Designado(a)):

SIGNATURE (Firma del Administrador o / su Designado(a)):

DATE (Fecha): / /

INMATE SIGNATURE (Firma del Preso):

DATE INMATE RECEIVED APPEAL RESPONSE:
(Fecha en que el Preso recibio respuesta a su apelacion): / /

FCN-48 (Rev. 09/14)

WHITE COPY - PROGRAM SERVICES    YELLOW COPY - CRW / PLATOON COUNSELOR    PINK COPY - INMATE

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)
**INMATE GRIEVANCE FORM**
(Formulario de Queja del Preso)

Inmate #: O5675533
CODE: 170
CONTROL #: 2015 X 3037

☑ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

| !This section is to be completed by Program Services Staff - ONLY! *(! Para ser llenado solo por el personal de Program Services !)* |
|---|

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☑ NON-GRIEVANCE (REQUEST)

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: _____
☐ OTHER: Facilities Management

## INMATE INFORMATION (Información del Preso)

PRINT - INMATE LAST NAME (Apellido del Preso): Armstrong
PRINT - FIRST NAME (Primer Nombre): Lamont
ID Number (# de identificación): 20140527267

DIVISION (División): 9
LIVING UNIT (Unidad): 3-D
DATE (Fecha): 06 / 15 / 15

## INMATE'S BRIEF SUMMARY OF THE COMPLAINT (Breve Resumen de los Hechos del Preso):

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request / Response / Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the request is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los preso, no podrán ser cuestionadas o apeladas a través del uso del Formulario de Quejas / Respuesta / Forma de Apelación.
* Cuando una queja se procesa como una QUEJAS NO (PETICIÓN), un preso podría re-someter una Queja después de los 15 días para recibir un "Número de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE: (Por Favor, Incluya:) Date of Incident - Time of Incident - Specific Location of Incident
Fecha Del Incidente - Hora C l Incidente - Lugar Específico Del Incidente

All through the month of June it been raining hard, cause of the rained ceiling have been leaking with water from rain. I notify sheriff several times and nothing happen. I have been living with leaking ceiling a little over two week now. And no one didn't do anything about it. This is in human. This violate my living conditions not even that but the dayroom ceiling leaking too. The cook county jail's Inmate Information handbook said I'have the right to clean and sanitary living condition chapter three of Inmate rights

ACTION THAT YOU ARE REQUESTING (Acción que esta solicitando):

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
(Nombre del personal o presos que tengan información): Lamont Armstrong

INMATE SIGNATURE (Firma del Preso): Lamont Armstrong

SUPERINTENDENTS / DIRECTORS / DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE'S GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

CRW / PLATOON COUNSELOR (Print): _____
SIGNATURE: _____
DATE CRW/PLATOON COUNSELOR RECEIVED: 6 / 15 / 15

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): _____
SIGNATURE: _____
DATE REVIEWED: _____ / _____ / _____

FCN-47 (Rev. 09/14)     WHITE COPY - PROGRAM SERVICES     YELLOW COPY - CRW / PLATOON COUNSELOR     PINK COPY - INMATE



**COOK COUNTY SHERIFF'S OFFICE** 0567533
*(Oficina del Alguacil del Condado de Cook)*
☒ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

CONTROL #
2015 X 3037

## INMATE INFORMATION (Información del Preso)

INMATE LAST NAME (Apellido del Preso): Armstrong
INMATE FIRST NAME (Primer Nombre): Lamont
ID Number (# de identificación): 20140527267

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:
170 Living Conditions

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (If applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): Facilities Managements
DATE REFERRED: 6/16/15

RESPONSE BY PERSONNEL HANDLING REFERRAL:
WORK ORDER HAS BEEN SUBMITTED TO CHECK SAID COMPLAINT

PERSONNEL RESPONDING TO GRIEVANCE (Print): Ben Daniel
SIGNATURE: Ben Daniel
DIV. / DEPT.: ADMIN
DATE: 6/23/15

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.
SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): SIGNATURE: DIV. / DEPT.: DATE: / /

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE:
☐ NON-GRIEVANCE SUBJECT CODE:
INMATE SIGNATURE (Firma del Preso): Lamont Armstrong
DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida): 6/30/15

## INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL (Fecha de la solicitud del apelacion del detenido): / /

INMATE'S BASIS FOR AN APPEAL (Base del detenido para una apelacion):

**ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?**
¿ Apelación del detenido aceptada por el administrador o/su designado(a)?
Yes (Sí) ☐   No ☐

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION (Decision o recomendacion por parte del administrador o / su designado(a)):

ADMINISTRATOR / DESIGNEE (Administrador o / su Designado(a)): SIGNATURE (Firma del Administrador o / su Designado(a)): DATE (Fecha): / /

INMATE SIGNATURE (Firma del Preso): DATE INMATE RECEIVED APPEAL RESPONSE: (Fecha en que el Preso recibió respuesta a su apelacion): / /

FCN-48 (Rev. 09/14)   WHITE COPY - PROGRAM SERVICES   YELLOW COPY - CRW / PLATOON COUNSELOR   PINK COPY - INMATE

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)
**INMATE GRIEVANCE FORM**
(Formulario de Queja del Preso)

Code 120    05097533

☐ GRIEVANCE   ☑ NON-GRIEVANCE (REQUEST)

CONTROL #

N/A

! This section is to be completed by Program Services staff - ONLY !    (! Para ser llenado solo por el personal de Program Services !)

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☑ NON-GRIEVANCE (REQUEST)

Program Services Supervisor Approving Non-Grievance (Request) Signature

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT:
☑ OTHER: Inmate Service

**INMATE INFORMATION** (Información del Preso)

PRINT - INMATE LAST NAME (Apellido del Preso): **Armstrong**
PRINT - FIRST NAME (Primer Nombre): **Lamont**
ID Number (# de Identificación): **2014052726T**

DIVISION (División): **9**
LIVING UNIT (Unidad): **3-D**
DATE (Fecha): **06/13/15**

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** (Breve Resumen de los Hechos del Preso):

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionados o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
* Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Número de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE: (Por Favor, Incluya:)  Date of Incident - Fecha Del Incidente  Time of Incident - Hora Del Incidente  Specific Location of Incident - Lugar Específico Del Incidente

It been two weeks and never got a response on my Grievance about my toilet not work flushing and the plumber come twenty days later leaving me in the cell with a toilet that don't flush which was inhuman and violate my living conditions. Cook County Department of Corrections Inmate Information hand Book Say I have to being housed in a cell that has a functioning toilet!

**ACTION THAT YOU ARE REQUESTING** (Acción que este solicitado):

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: (Nombre del personal o presos que tengan información:)

INMATE SIGNATURE (Firma del Preso): *Lamont Armstrong*

SUPERINTENDENTS/DIRECTORS/DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

CRW/PLATOON COUNSELOR (Print):
SIGNATURE:
DATE CRW/PLATOON COUNSELOR RECIEVED: 6/23/5

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):
SIGNATURE:
DATE REVIEWED: /  /

(FCN-47)(NOV 11)    (WHITE COPY – PROGRAM SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook) Inmate #: _____

**INMATE GRIEVANCE FORM**
(Formulario de Queja del Preso)    CODE: _____

☐ GRIEVANCE    ☒ NON-GRIEVANCE (REQUEST)

CONTROL #

N/A

!This section is to be completed by Program Services Staff - ONLY! (¡ Para ser llenado solo por el personal de Program Services !)

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☒ NON-GRIEVANCE (REQUEST)

_____
Program Services Supervisor Approving Non-Grievance (Request) Signature

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES

☒ SUPERINTENDENT: 09

☐ OTHER: _____

**INMATE INFORMATION** (Información del Preso)

| PRINT - INMATE LAST NAME (Apellido del Preso): Armstrong | PRINT - FIRST NAME (Primer Nombre): LAmont | ID Number (# de identificación): 2014065367 |
|---|---|---|
| DIVISION (División): 9 | LIVING UNIT (Unidad): 3-D | DATE (Fecha): 06 / 20 / 15 |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** (Breve Resumen de los Hechos del Preso):

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request / Response / Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the request is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los preso, no podrán ser cuestionadas o apeladas a través del uso del Formulario de Quejas / Respuesta / Forma de Apelación.
* Cuando una queja se procesa como una QUEJAS NO (PETICIÓN), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE: (Por Favor, Incluya:)  Date of Incident - Fecha Del Incidente -  Time of Incident - Hora Del Incidente -  Specific Location of Incident - Lugar Específico Del Incidente)

June 18, 2015 12 noon we went on lockdown. June 20 2015 we came off lockdown It was 54 hours since had a shower or talk to my family stucked in the cell to remind the 54 hour spent in filthy cell the Ceiling been leaking with rain water from roof. create an unsanitary enviroment that could expose me And other to diseases

ACTION THAT YOU ARE REQUESTING (Acción que esta solicitando):

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
(Nombre del personal o preso que tengan información):

INMATE SIGNATURE (Firma del Preso): Lamont Armstrong

SUPERINTENDENTS / DIRECTORS / DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE'S GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW / PLATOON COUNSELOR (Print): Dexter | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECEIVED: 10 / 22 / 15 |
|---|---|---|
| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: ___ / ___ / ___ |

FCN-47 (Rev. 09/14)    WHITE COPY - PROGRAM SERVICES    YELLOW COPY - CRW / PLATOON COUNSELOR    PINK COPY - INMATE

Code.170

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)
**INMATE GRIEVANCE FORM**
(Formulario de Queja del Preso)

0567533

2 of 2

☐ GRIEVANCE  ☒ NON-GRIEVANCE (REQUEST)

CONTROL #

N/A

!This section is to be completed by Program Services Staff - ONLY! (¡ Para ser llenado solo por el personal de Program Services !)

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☒ NON-GRIEVANCE (REQUEST)

_____
Program Services Supervisor Approving Non-Grievance (Request) Signature

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☒ OTHER: Inmate Service

### INMATE INFORMATION (Información del Preso)

PRINT - INMATE LAST NAME (Apellido del Preso): Armstrong

PRINT - FIRST NAME (Primer Nombre): Lamont

ID Number (# de Identificación): 2014052 7267

DIVISION (División): 9

LIVING UNIT (Unidad): 3-D

DATE (Fecha): 06 / 21 / 15

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT (Breve Resumen de los Hechos del Preso):

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request / Response / Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the request is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los preso, no podrán ser cuestionadas o apeladas a través del uso del Formulario de Quejas / Respuesta / Forma de Apelación.
* Cuando una queja se procesa como una QUEJAS NO (PETICIÓN), un preso podrá re-someter una Queja después de los 15 días para recibir un "Número de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE: (Por Favor, Incluya:) — Date of Incident (Fecha Del Incidente) — Time of Incident (Hora Del Incidente) — Specific Location of Incident (Lugar Específico Del Incidente)

I'll notified my tier officer Katsrears about sanitation concerns for water leaking from the ceiling. Cell #3392 tier 3-D Divison 9 And still nobody have come to look at it or fix it. And it been almost a month now. Last grievance complaint filled out it had rained three more times since put in the last grievance even the dayroom ceiling still leaking making the whole tier unsanitary enviroment.

ACTION THAT YOU ARE REQUESTING (Acción que esta solicitando):

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: (Nombre del personal o presos que tengan información):

INMATE SIGNATURE (Firma del Preso): Lamont Armstrong

SUPERINTENDENTS / DIRECTORS / DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE'S GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

CRW / PLATOON COUNSELOR (Print): _____

SIGNATURE: _____

DATE CRW/PLATOON COUNSELOR RECEIVED: 6 / 22 / 15

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): _____

SIGNATURE: _____

DATE REVIEWED: ___ / ___ / ___

FCN-47 (Rev. 09/14)     WHITE COPY - PROGRAM SERVICES     YELLOW COPY - CRW / PLATOON COUNSELOR     PINK COPY - INMATE

☐ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Aiguacil del Condado de Cook)
**INMATE GRIEVANCE FORM**
(Formulario de Queja del Preso)

Inmate #: 0567533
CODE: 170

CONTROL #
2015 X 3698

I This section is to be completed by Program Services staff - ONLY !  (! Para ser llenado solo por el personal de Program Services !)

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE
☑ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES  09
☑ SUPERINTENDENT: 09
☐ OTHER: _____

Program Services Supervisor Approving Non-Grievance (Request) Signature

**INMATE INFORMATION** (información del Preso)

PRINT - INMATE LAST NAME (Apellido del Preso):
Armstrong

PRINT - FIRST NAME (Primer Nombre):
LAmont

LIVING UNIT (Unidad):
3-D

DIVISION (División):
9

ID Number (# de Identificación):
20140527267

DATE (Fecha):
07 / 18 / 15

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** (Breve Resumen de los Hechos del Preso):

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number." If there has been no response to the request or the response is deemed unsatisfactory.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Número de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE:      Date of Incident  –  Time of Incident  –  Specific Location of Incident
(Por Favor, incluya:   Fecha Del Incidente  –  Hora Del Incidente  –  Lugar Específico Del Incidente)

July 16 2015 Divison 9 tier 3-D Cell# 3392 I been putting in grievance
In about ceiling leaked. it been a month now since. they put in work
order to come. check my complaint But no one have came. it been raining and
water leaking in the cell no cleaning supplies have given to clean the water up. hot
Just that dayroom area ceiling have leakage speciality around phone area. And
The water leakage from the ceiling damage my magazine. legal paper

ACTION THAT YOU ARE REQUESTING (Acción que esta solicitado):

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
(Nombre del personal o presos que tengan información:)

INMATE SIGNATURE (Firma del Preso):
Lamont Armstrong

SUPERINTENDENTS/DIRECTORS/DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

CRW/PLATOON COUNSELOR (Print):
Pinder

SIGNATURE:

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):

SIGNATURE:

DATE CRW/PLATOON COUNSELOR RECIEVED:
7 / 23 / 15

DATE REVIEWED:
___ / ___ / ___

(FCN-47)(NOV 11)    (WHITE COPY – PROGRAM SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – IN)

0567653

170

☐ GRIEVANCE   ☐ NON-GRIEVANCE (REQUEST)

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)
**INMATE GRIEVANCE FORM**
(Formulario de Queja del Preso)

CONTROL #

80573628

! This section is to be completed by Program Services staff - ONLY !   (! Para ser llenado solo por el personal de Program Services !)

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☑ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES
☑ SUPERINTENDENT: ___ 9
☐ OTHER: ___

Program Services Supervisor Approving Non-Grievance (Request) Signature

**INMATE INFORMATION** (Información del Preso)

PRINT - INMATE LAST NAME (Apellido del Preso):
Armstrong

PRINT - FIRST NAME (Primer Nombre):
Lamont

ID Number (# de identificación):
20140527267

DATE (Fecha):
07 / 19 / 15

DIVISION (División):
9

LIVING UNIT (Unidad):
3-D

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** (Breve Resumen de los Hechos del Preso):

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
* Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Número de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE:   Date of Incident   –   Time of Incident   –   Specific Location of Incident
(Por Favor, Incluya:)   Fecha Del Incidente   –   Hora Del Incidente   –   Lugar Específico Del Incidente)

July 16, 2015 tier 3-D Divison 9 cell# 3392 The water
reahhage from the ceiling damage my magazines legal paper, haven't
giving no cleaning supplies to clean the water up.

ACTION THAT YOU ARE REQUESTING (Acción que esta solicitado):

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
(Nombre del personal o presos que tengan información:)

INMATE SIGNATURE (Firma del Preso):
Lamont Armstrong

SUPERINTENDENTS/DIRECTORS/DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDU
AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

CRW/PLATOON COUNSELOR (Print):

SIGNATURE:

DATE CRW/PLATOON COUNSELOR RECEIVED:
7 / 23 / 15

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):

SIGNATURE:

DATE REVIEWED:
/ /

(FCN-47)(NOV 11)

(WHITE COPY – PROGRAM SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – IN

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)
**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
(Petición de Queja del Preso / Respuesta / Forma de Apelación)

Inmate #: _C567533_
CODE: _____

☐ GRIEVANCE   ☐ NON-GRIEVANCE (REQUEST)

CONTROL # _2015 X 3698_

### INMATE INFORMATION (Información del Preso)

INMATE LAST NAME (Apellido del Preso): **Armstrong**
INMATE FIRST NAME (Primer Nombre): **Lamont**
ID Number (# de Identificación): **201405 27267**

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:
*(170 Living Conditions*

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO (example: Superintendent, Cermak Health services, Personnel): _Sup_    DATE REFERRED: _7-24-15_

RESPONSE BY PERSONNEL HANDLING REFERRAL: _SANITATION WAS NOTIFIED TO TAKE CLEANING SUPPLIES TO TIER 3-D. WORK ORDER PREVIOUSLY SUBMITTED FOR ROOF REPAIR._

PERSONNEL RESPONDING TO GRIEVANCE (Print): _CMDR. Hickey #200_   SIGNATURE: _____   DIV./DEPT. _9_   DATE: _8|2|15_

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): _____   SIGNATURE: _____   DIV./DEPT. _____   DATE: _/ /_

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

INMATE SIGNATURE (Firma del Preso): _Mailed to 100C_

DATE RESPONSE WAS RECEIVED:
(Fecha en que la respuesta fue recibida):
_8 | 6 | 15_

### INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.
* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud del apelación del detenido): _/ /_

INMATE'S BASIS FOR AN APPEAL (Base del detenido para una apelacion):

ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
¿ Apelación del detenido aceptada por el administrador o/su designado(a)?
Yes (SI) ☐   No ☐

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION (Decision o recomendacion por parte del administrador o / su designado(a)):

ADMINISTRATOR / DESIGNEE (Administrador o / su Designado(a)): _____
SIGNATURE (Firma del Administrador o / su Designado(a)): _____
DATE (Fecha): _/ /_

INMATE SIGNATURE (Firma del Preso): _____

DATE INMATE RECEIVED APPEAL RESPONSE:
(Fecha en que el Preso recibió respuesta a su apelacion):
_/ /_

FCN-48 (Rev. 09/14)

WHITE COPY - PROGRAM SERVICES    YELLOW COPY - CRW / PLATOON COUNSELOR    PINK COPY - INMATE

COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

☐ GRIEVANCE    ☐ NON-GRIEVANCE (REQUEST)

CONTROL #

*(This section is to be completed by Program Services Staff - ONLY)* *(Esta sección solo por el personal de Program Services)*

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

Program Services Supervisor Approving Non-Grievance (Request) Signature

**INMATE INFORMATION (Información del Preso)**

| PRINT - INMATE LAST NAME (Apellido del Preso): | PRINT - FIRST NAME (Primer Nombre): | ID Number (# de Identificación): |
|---|---|---|
| DIVISION (División): | LIVING UNIT (Unidad): | DATE (Fecha): |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT (Breve Resumen de los Hechos del Preso)**

\* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
\* Inmate Disciplinary Hearing Board decision's cannot be grieved or appealed through the use of an inmate Grievance Request / Response / Appeal Form.
\* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number"
if there has been no response to the request or the request is deemed unsatisfactory.

\* Un preso que desea tener una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
\* Las decisiones del Comité Disciplinario de los preso, no podrán ser cuestionadas o apeladas a través del uso del Formulario de Quejas / Respuesta / Forma de Apelación.
Cuando una queja se procesa como una QUEJA-NO (PETICIÓN), un preso podría re-someter una Queja después de los 15 días para recibir un "Número de Control",
ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE:    Date of Incident    -    Time of Incident:    -    Specific Location of Incident
(Por Favor, Incluya:    Fecha Del Incidente    -    Hora Del Incidente    -    Lugar Específico Del Incidente)

_____

_____

ACTION THAT YOU ARE REQUESTING (Acción que esta solicitando):

_____

NAME OF STAFF OR (WHO(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
(Nombre del personal o presos que tengan información):

INMATE SIGNATURE (Firma del Preso):

IS THIS GRIEVANCE REQUEST / RESPONSE MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF INSENSITIVITY,
AND THREAT TO STAFF SAFETY. BY THE INMATE'S GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIAL IMMEDIATE ACTION

| C.R.W. / PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECEIVED: |
|---|---|---|
| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

(Rev. 01 Jan. 2010)    WHITE COPY - PROGRAM SERVICES    YELLOW COPY - CRW / PLATOON COUNSELOR    PINK COPY - INMATE

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☐ GRIEVANCE   ☐ NON-GRIEVANCE (REQUEST)

CONTROL #

## INMATE INFORMATION *(Información del Preso)*

| INMATE LAST NAME *(Apellido del Preso)*: | INMATE FIRST NAME *(Primer Nombre)*: | ID Number *(# de Identificación)*: |
|---|---|---|

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
### (EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / / REQUEST TO (Example: Superintendent, Cermak Health services, Personnel):     DATE REFERRED:

RESPONSE BY PERSONNEL HANDLING REFERRAL:

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|

Superintendent's of a divisional unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):     INMATE SIGNATURE *(Firma del Preso)*:     DATE RESPONSE WAS RECEIVED: *(Fecha en que a respuesta fue recibida)*:

☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

## INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

\* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

\* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud del la apelación del detenido)*: ___ / ___ / ___

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelación)*:

ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?     Yes *(Sí)* ☐     No ☐
¿Apelación del detenido aceptada por el administrador o/su designado(a)?

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decision o recomendación por parte del administrador o / su designado(a))*:

| ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a))*: | SIGNATURE *(Firma del Administrador o / su Designado(a))*: | DATE *(Fecha)*: |
|---|---|---|

INMATE SIGNATURE *(Firma del Preso)*:     DATE INMATE RECEIVED APPEAL RESPONSE: *(Fecha en que el Preso recibio respuesta a su apelación)*:

FCN 48 (Rev. 03/14)     WHITE COPY - PROGRAM SERVICES     YELLOW COPY - CRW / PLATOON COUNSELOR     PINK COPY - INMATE

Sheriff's Department Work Orders

Page 1 of 1

Edit Work Order   Enter New Call   View Pending Calls   Search   Admin   Home   Logoff

## Facility Management # 972342
### DOC # DOC15-11535
### 6/23/2015 8:02:00 AM

## Description of Problem

6/23/2015 8:02:00 AM

**Unit / Name**

**Location of Problem**
Division: Division 9
2854 West 31st Street

**Work Type:** Engineer

**Problem:** PLEASE CHECK FOR ROOF LEAK
(COMPLAINTS OF LEAKS WHEN IT RAINS)

Floor:

Location: 3D-3392

Misc:

**Facility #:**

Resolution:

**Onsite Contact
Information**
Daniel , Ben
4-7918
Email:
Work Order Coordinator: Ben   Daniel

**Name  Date   Action**
Vernita
Jones

☒ Reviewed by Supervisor ☒ Closed Ticket

Work phone:

**Facility Management Status: Open**

Comments:

[Update]

© 2015 by the Cook County Sheriff's Office, Information Technology Unit
Notice: Access to data is restricted to authorized users only.

AFFIDAVIT

I Michael S. Wilson #Rog115 of Big Muddy River C.C. Do Swear Under Oath & Penalty of Perjury That, I Advocated for Mr. Lamont Armstrong #m304764 & Completed The Enclosed "1983" As The plaintiff is illiterate to Legal Procedures. Failure to provide plaintiff w/ Attorney Would Hinder His Action.

Further Affiant Sayeth Not.

3-8-16
DATE

/S/

Michael S. Wilson #Rog115
251 N. Illinois Hwy 37
INA IL 62846

Signed before me this 3-8-16.

NOTARY PUBLIC

JENNIFER L. WILSON
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
October 28, 2019

AFFIDAVIT

I MICHAEL S. WILSON #R06115 OF BIG
MUDDY RIVER C.C. DO SWEAR. UNDER OATH &
PENALTY OF PERJURY THAT, I ADVOCATED FOR
MR. LAMONT ARMSTRONG #M304464 & COMPLETED
THE ENCLOSED "1983" AS THE PLAINTIFF IS
ILLITERATE TO LEGAL PROCEDURES. FAILURE TO PROVIDE
PLAINTIFF W/ ATTORNEY WOULD HINDER HIS ACTION.

FURTHER AFFIANT SAYETH NOT.

3-8-16          /S/
DATE            MICHAEL S. WILSON #R06115
                251 N. ILLINOIS Hwy 37
                INA IL. 62846
Signed before me this 3-8-16.

NOTARY PUBLIC

JENNIFER L. WILSON
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
October 28, 2016

1.86

THIS CORRESPONDENCE
IS FROM AN INMATE OF
THE ILLINOIS
DEPARTMENT OF
CORRECTIONS

UNITED STATES POSTAGE
$01.86°
02 1M
000 4266887
MAILED FROM ZIP CODE 62846
MAR 09 2016
PITNEY BOWES

2016 MAR 14 AM 10:18
AB

LAMONT ARMSTRONG # M30464
251 N. ILLINOIS Hwy 37
Ina, IL 62846

16-cv-3327
Judge Milton I. Shadur
Magistrate Judge Jeffrey Cole
PC7

United States District Courthouse
Northern Division
219 S. Dearborn St.
Chicago, IL 60604

LEGAL
MAIL