**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **LAMONT ARMSTRONG**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16 C 3327 |
| | ) | |
| **THOMAS J. DART**, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM ORDER**

On June 9, 2016 this Court issued a sua sponte Memorandum Opinion and Order (the

"Opinion") that addressed a number of issues posed by the pro se action filed by prisoner

plaintiff Lamont Armstrong ("Armstrong"), in which he has invoked 42 U.S.C. § 1983 ("Section

1983") to seek relief from claimed violations of his constitutional rights during his stay at the

Cook County Jail in the May to July, 2015 time frame.  With the Opinion having granted

Armstrong's motion for in forma pauperis status under the special provisions of 28 U.S.C. § 1915

applicable to prisoner plaintiffs, but having denied Armstrong's Motion for Appointment of

Counsel (the "Motion"), the Opinion concluded by ordering the United States Marshals Service

to serve process on defendant Sheriff Thomas Dart so that the action could go forward.

Nothing further has been heard from Armstrong since then.  Because this Court of course

recognizes the difficulties faced by a prisoner seeking to proceed pro se with a Section 1983

claim (and for that reason the Motion had been denied without prejudice), the transmittal of a

copy of this memorandum order to Armstrong is being accompanied by another set of Motion

forms to enable him to seek the designation of counsel to represent him in a proper manner.

In the meantime the Cook County State's Attorney's Office has moved for an extension of time to October 3, 2016 to file a responsive pleading. That motion is granted, and a status hearing is set for 8:45 a.m. October 11, 2016, at which time defense counsel is expected to have made arrangements for Armstrong's telephonic participation unless Armstrong has previously taken action to obtain counsel.

_____
Milton I. Shadur
Senior United States District Judge

Date:  September 6, 2016