## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **LAMONT ARMSTRONG**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 16 C 3327 |
| | ) |
| **THOMAS J. DART**, et al., | ) |
| | ) |
| Defendants. | ) |

### MEMORANDUM ORDER

During this morning's hearing on "Defendant Sheriff Thomas Dart's Motion for Entry of Order in Lieu of Answer" ("Dart's Motion"), defense counsel had (as this Court requested) made arrangements for pro se prisoner plaintiff Lamont Armstrong ("Armstrong") to participate telephonically. In addition to this Court's granting of Dart's Motion, which addressed the posture of Sheriff Dart in the case for the present and hereafter, this Court availed itself of the opportunity to explain to Armstrong orally just what he had to do to obtain the assistance of designated counsel -- something really essential to his ability to proceed with his lawsuit.

In the hope that the third time may prove the charm, this Court is again sending to Armstrong three counterparts of the Clerk's-Office-supplied Motion for Attorney Representation ("Attorney Motion"). Two counterparts of the Attorney Motion <u>must</u> be filled out and returned by Armstrong if he hopes to proceed with his action, and in particular he <u>must</u> fill in the blank spaces in the most important paragraph of the Attorney Motion -- its paragraph 2.

As soon as those forms are received by the Clerk's Office, this Court will proceed to obtain representation for Armstrong by a member of this District Court's trial bar. In addition it will issue a scheduling order that should allow counsel time (1) to confer with Armstrong, (2) to take

steps to identify the defendants referred to in Armstrong's pro se Complaint as "John Doe(s)" and "Jane Doe(s)" and (3) to take whatever other preparatory steps may be pursued before the status hearing date specified in that scheduling order.

Milton I. Shadur
Senior United States District Judge

Date:   October 11, 2016