# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **LAMONT ARMSTRONG**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 16 C 3327 |
| ) | |
| **THOMAS J. DART**, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

On August 28, 2017 this Court issued a memorandum order dismissing this action (Dkt. No. 43), coupled with a judgment of dismissal (Dkt. No. 44). Because counsel who had been designated to represent prisoner plaintiff Lamont Armstrong has now reported that he was actively pursuing the action (including an ultimately successful effort at settlement) but had not kept this Court apprised of those efforts, counsel has filed an unopposed motion (Dkt. No. 46) to vacate Dkt. Nos. 43 and 44.

This Court grants that motion. Because the anticipated settlement needs implementation, this Court retains jurisdiction over this action and a status hearing date is set for 9 a.m. October 5, 2017.

_____
Milton I. Shadur
Senior United States District Judge

Date: September 7, 2017